UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BAILEY HUTTON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | NO. 3:21-cv-00560 |
| v. ) ) | |
| OS RESTAURANT SERVICES, LLC and OUTBACK STEAKHOUSE OF FLORIDA, LLC, ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i). (Doc. No. 22) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE